UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:23CR00110 SNLJ |
| TONY D. ELLIS, JR., | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on Defendant's Motion to Dismiss Indictment [Doc. 28]. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Abbie Crites-Leoni, who filed a Report and Recommendation on January 18, 2024 [Doc. 32]. Defendant Ellis submitted objections thereto on January 22, 2024 [Doc. 34].

The Magistrate Judge recommends that the Court deny Defendant's motion. After de novo review of this matter, this Court adopts the Magistrate Judge's Report and Recommendation.

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Abbie Crites-Leoni [Doc. 32], filed January 18, 2024, be and is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Indictment [Doc. 28] is **DENIED**.

Dated this 29th day of January, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE