UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23CR00110 SNLJ |
| ) | |
| TONY D. ELLIS, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that this matter is set for change of plea hearing on **Thursday, February 22, 2024, at 11:00 a.m.** in Courtroom 4B.

**IT IS FURTHER ORDERED** that the Frye hearing previously set for February 13, 2024, is vacated.

Dated this 8th day of February, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE